FILED ___ LODGED
RECEIVED ___ COPY

MAR 19 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Charlene Marie Sexton,<br><br>　　　　Defendant. | CR 99-894-2-PHX-ROS<br><br>**ORDER REINSTATING PROBATION** |

　　　Defendant has admitted allegation(s) contained in Government's Petition for Revocation of Probation.

　　　Defendant was previously convicted for violation of Count 1, Possession of Stolen Mail, in violation of Title 18, USC § 1708.

　　　The Court finds the defendant has violated term(s) and condition(s) of probation.

　　　The Court finds defendant's probation should be reinstated.

　　　IT IS ORDERED reinstating defendant's probation for **nine (9) months** under the previously imposed conditions and the following additional condition: You shall serve the remaining term of your probation at BSSW. You shall comply with the rules of the facility.

　　　Appeal rights given to defendant.

　　　DATED this 18th day of March, 2003.

　　　　　　　　　　　　　　　　　　　　　　／s／ Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on March 19, 2003
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_V\DLSWy^WrX_